JESSE SPIER et al., Copartners under the Firm Name of JESSE SPIER & Co., Appellants, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Respondent.

(Argued January 27, 1936; decided March 3, 1936.)

*Emil Goldmark* and *Chester Rohrlich* for appellants.

*Louis J. Wolff* and *Harding Cowan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.